This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v. **NO. 34,057**

**CHRISTOPHER FRANKLIN,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

Kenneth H. Stalter, Assistant Attorney General
Albuquerque, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
B. Douglas Wood III, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1} Defendant appeals following entry of the "order revoking probation and imposing judgment and sentence." [RP 173, 175] Defendant specifically appeals from the district court's ruling that denies his post-judgment challenge to the sentence for untimeliness. [RP 182] Our notice proposed to reverse and remand, on the basis that Defendant's December 18, 2013, motion to amend the judgment and sentence (motion) [RP 179] was a timely and outstanding Rule 5-801(B) NMRA motion that the district court failed to consider on its merits. The State has notified this Court that it does not oppose our notice.

{2} For the reasons provided in our notice, we reverse and remand for consideration of the merits of Defendant's outstanding motion.

{3} **IT IS SO ORDERED.**


_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Chief Judge**



_____
**JONATHAN B. SUTIN, Judge**